

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00120-CV

| | | |
|---|---|---|
| $7,000.00 U.S. Currency | § | From the 271st District Court |
| | § | of Wise County (CV08-06-472) |
| v. | | |
| | § | December 28, 2017 |
| The State of Texas | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the summary judgment of the trial court is reversed and this case is remanded to the trial court for further proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel